UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 2:11CR77 PPS |
| JASON MEDINA, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before me on the Findings and Recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Jason Medina's request to enter a plea of guilty to Counts 1 and 31 of the Fourth Superseding Indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 1322.] Following a hearing on the record on January 14, 2015 [DE 1321], Judge Rodovich found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Rodovich's Findings and Recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's Findings and Recommendation Upon a Plea of Guilty, to which no objection has been filed, the Court hereby ADOPTS the Findings and Recommendation [DE 1322] in their entirety.

Defendant Jason Medina is adjudged GUILTY of Counts 1 and 31 of the fourth superseding indictment.

The sentencing hearing is set for May 14, 2015 at 10:00 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: February 5, 2015.

/s/ Philip P. Simon
PHILIP P. SIMON, CHIEF JUDGE
UNITED STATES DISTRICT COURT